UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIIA KHARLANOVA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, et al.,<br><br>Defendants. | Case No. 24-cv-09239-TSH<br><br>**ORDER OF DISMISSAL** |

This case has been stayed pending the adjudication of Plaintiff's Form I-589 Application for Asylum and Withholding of Removal. ECF Nos. 15, 17, 20.[1]  However, on November 5, 2025, Defendants filed a status report indicating that United States Citizenship and Immigration Services received notification that Plaintiff had passed away and, consequently, Plaintiff's asylum application was withdrawn. ECF No. 19.  In light of this information, the Court ordered Plaintiff or her estate to file a notice of dismissal or a written statement explaining why the case should continue. ECF No. 21.  No response has been received.  Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF Nos. 6, 13.